UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
v.                             )        No. 3:08-CR-47
                               )
VINCENT WILLIS,                )        (PHILLIPS/GUYTON)
                               )
                Defendant.     )

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the defendant's Motion to Suppress Evidence [Doc. 74]. Defense counsel advised chambers that the defendant has a signed plea agreement and wishes to withdraw this motion. Accordingly, Defendant Vincent G. Willis' Motion to Suppress Evidence [**Doc. 74**] is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:


_____s/ H. Bruce Guyton_____
United States Magistrate Judge